ROBERT E. BELSHAW (SBN 142028)
GUTIERREZ RUIZ
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-9000
Facsimile: (415) 398-5800

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE

KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
LETITIA R. KIM (SBN 200142)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Facsimile: (415) 436-6748
    Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant
UNITED STATES SMALL BUSINESS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, <br><br> Defendant. | Case No. C 06-2613 JSW <br><br> JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE <br><br> Date: December 15, 2006 <br> Time: 1:30 p.m. <br> Place: Courtroom 2, 17th Floor |

    The parties have settled this case, and anticipate filing a stipulation for dismissal shortly. Accordingly, the parties respectfully request that the Case Management Conference be continued to 1:30 p.m. on January 26, 2007.

Joint Req. to Continue Case Mgmt. Conf.
Case No. C 06-2613 JSW    -1-

1 | DATED: December 11, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
_____
LETITIA R. KIM
Assistant United States Attorney
Attorneys for Defendant


GUTIERREZ RUIZ

/s/
_____
ROBERT E. BELSHAW
Attorneys for Plaintiff


Dated: December 11, 2006

**IT IS SO ORDERED**
*Jeffrey S. White*
Judge Jeffrey S. White

Joint Req. to Continue Case Mgmt. Conf.
Case No. C 06-2613 JSW           -2-