ROBERT E. BELSHAW (SBN 142028)
GUTIERREZ RUIZ
244 California Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-9000
Facsimile: (415) 398-5800

Attorneys for Plaintiff
AMERICAN SMALL BUSINESS LEAGUE


KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
LETITIA R. KIM (SBN 200142)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    Facsimile: (415) 436-6748
    Email: letitia.r.kim@usdoj.gov

Attorneys for Defendant
UNITED STATES SMALL BUSINESS ADMINISTRATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SMALL BUSINESS ADMINISTRATION, <br><br> Defendant. | Case No. C 06-2613 JSW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE |

## STIPULATION

The parties have settled this case. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Stip. & [~~Prop.~~] Ord. to Dismiss Action
Case No. C 06-2613 JSW                     -1-

| | | |
|---|---|---|
| 1 | DATED: January 19, 2007 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN |
| | | United States Attorney |
| 3 | | |
| 4 | | /s/ |
| 5 | | LETITIA R. KIM |
| | | Assistant United States Attorney |
| 6 | | Attorneys for Defendant |
| 7 | | |
| 8 | | GUTIERREZ RUIZ |
| 9 | | /s/ |
| 10 | | ROBERT E. BELSHAW |
| | | Attorneys for Plaintiff |

Stip. & [Prop.] Ord. to Dismiss Action
Case No. C 06-2613 JSW                    -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

Dated:__January 19, 2007_____          _____/s/ Jeffrey S. White_____
                                                        JEFFREY S. WHITE
                                                        United States District Judge

Stip. & [Prop.] Ord. to Dismiss Action
Case No. C 06-2613 JSW                   -3-